IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LARRY W. HADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-022 |
| | ) | |
| DEVENISH NUTRITION, LLC, and/or | ) | |
| A.B.C. that Foreign Limited Liability | ) | |
| Company, Corporation, individual | ) | |
| partnership, foreign non-profit corporation, | ) | |
| and profit corporation doing business as | ) | |
| the same on January 5, 2021, at 148 | ) | |
| Vigortone Road, Thomson, GA 300824, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 15.) Furthermore, the Court denies the alternative request to stay the case until Plaintiff's responses to Defendant's requests for admission are due. (Id. at 3.) As the Magistrate Judge explained, "A court's analysis of the amount-in-controversy requirement focuses on how much is in controversy at the time of removal, not later." Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 751 (11th Cir. 2010) (citations omitted). Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of McDuffie County, State

of Georgia, Civil Action File Number 22CV0027, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 28th day of April, 2022, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA